**MEMO ENDORSED**

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

August 8, 2025

*Application granted. The proposed scheduled herein is acceptable to the Court.*

Via ECF
Hon. Gary Stein
United States Courthouse
500 Pearl Street
New York, New York 10007

Date: August 12, 2025
New York, NY

Re:  Williams v. SSA
     1:25-cv-4112(GS)

**SO ORDERED:**

*[signature]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Dear Judge Stein:

I am the attorney for the plaintiff in the above captioned case. I write to request an extension of time to file plaintiff's Brief, which is currently due to be filed on August 15, 2025.

Due to multiple deadlines coming due at the same time and long planned vacation plans, I seek an extension of time to file plaintiff's papers to September 15, 2025. Counsel for the Commissioner, Sergei Aden, consents to this request and asks that his brief be due on November 14, 2025. Plaintiff would like to file a Reply Brief on November 28, 2025.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:   SAUSA Sergei Aden