**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

TONEY W.,

Plaintiff, 25 **CIVIL** 4112 (GS)

-v- **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2026, Plaintiff's motion is GRANTED and the case is remanded to the SSA for further proceedings consistent with the opinion.

**Dated:** New York, New York

September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**